petitioners. *Solicitor General Perlman, John R. Benney* and *Robert S. Erdahl* for the United States. 

No. 489. HARRIS ET AL., DOING BUSINESS AS H-C PRODUCTS CO., *v.* NATIONAL MACHINE WORKS, INC. ET AL. C. A. 10th Cir. Certiorari denied. *John H. Bruninga, Charles M. McKnight* and *Richard G. Radue* for petitioners. *D. I. Johnston* and *Robert F. Davis* for respondents. 

No. 456. PATTERSON *v.* GRAY. Supreme Court of Appeals of Virginia. Certiorari denied. 

No. 183, Misc. EXKANO *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 196, Misc. ADAMS *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 205, Misc. HAWTHORNE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 211, Misc. CUCKOVICH ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 280, Misc. SPICHER *v.* RAGEN, WARDEN. Circuit Court of Knox County, Illinois. Certiorari denied.

No. 281, Misc. JORDAN *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 288, Misc. BURNS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.